PUBLISH

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
2/18/03
THOMAS K. KAHN
CLERK

_____

No. 97-2192

_____

D.C. Docket No. 4:96-CV-288-MMP

CLARENCE E. HILL, of himself as an individual
and on behalf of himself and all others similarly situated,

                                        Plaintiff-Appellee,

        versus

ROBERT A. BUTTERWORTH, Attorney General for the
State of Florida and HARRY K. SINGLETARY, Secretary,
Florida Department of Corrections.

                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(July 30, 1998)**

Petition for Rehearing

Before HATCHETT, Chief Judge, FAY and FARRIS*, Senior Circuit Judges.

_____

*Honorable Jerome Farris, Senior U.S. Circuit Judge for the Ninth Circuit, sitting by
designation.

HATCHETT, Chief Judge:

In light of <u>Calderon v. Ashmus</u>, 118 S. Ct. 1694 (1998), we grant Florida's petition for rehearing, vacate our previous opinion, <u>Hill v. Butterworth</u>, 133 F.3d 783 (11th Cir. 1997), reverse the judgment of the district court, and remand the case with instructions to dissolve the injunction and dismiss the complaint for want of a justiciable case or controversy. <u>See</u> <u>Hill</u>, 133 F.3d at 785 n.7 (Florida raised this issue on appeal).[*]

**REVERSED and REMANDED.**

---

[*] Florida's motion to stay is denied as moot.